**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| HUSSEIN KHALAF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00762-MTS |
| | ) | |
| SAINT LOUIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. The Court finds that Plaintiff needlessly included in his Complaint information that was both immaterial as well as impertinent and scandalous. Plaintiff repeatedly referred to a nonparty as "immoral," a "sex worker," and being "known among her peers . . . for her sexual relationships." Doc. [1]. For this reason, the Court will strike the Complaint. *See* Fed. R. Civ. P. 12(f)(1) (providing that the Court, "on its own," may "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter").

Plaintiff may file an Amended Complaint, but he may not include any redundant, immaterial, impertinent, or scandalous material within it. *See id.* While Plaintiff is free to reference and discuss the nonparty at issue in his Amended Complaint, he may only do so to the extent that it is material to his claim. His lurid opinions on the morality of anyone are unnecessary and improper. In addition, because of Plaintiff's disregard for Rule 12(f), the Court will require any reference Plaintiff makes to this individual in any future filing be made by her initials only; Plaintiff shall not include the name of this nonparty in his filings.

Accordingly,

- 2 -

**IT IS HEREBY ORDERED** that the Clerk of Court shall strike Plaintiff's Complaint. *See* Fed. R. Civ. P. 12(f)(1).  No later than **Friday, July 05, 2024**, Plaintiff shall file an Amended Complaint in compliance with the Federal Rules of Civil Procedure and this Court's Local Rules. Failure to do so will result in the dismissal of this action without further notice.

Dated this 4th day of June 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE